## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| **ZEUS CONCEPTS, LLC** | ) | Case No. 07 B 10880 |
| | ) | |
| Debtor. | ) | **Honorable Susan Pierson Sonderby** |
| | ) | Bankruptcy Judge |
| | ) | Hearing Date: November 25, 2009 |
| | ) | Time: 10:00 a.m. |
| | ) | Courtroom 642 |

### NOTICE OF MOTION

To:  See attached service list

PLEASE TAKE NOTICE that on November 25, 2009, at the hour of 10:00 a.m., we shall appear before the Honorable Susan Pierson Sonderby, Bankruptcy Judge, in the courtroom usually occupied by her in the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois or before any other judge who may be sitting in her place and stead, and shall then and there present the Final Application of Larry G. Goldsmith and CJBS, LLC for Allowance of Compensation and Reimbursement of Costs and Expenses Incurred by Accountants for the Custodian, a copy of which is attached hereto and herewith served upon you.

Larry G. Goldsmith, CPA, JD
CJBS, LLC

Larry G. Goldsmith, CPA, JD
CJBS, LLC
2100 Sanders Road, Suite 2100
Northbrook, Il 60062-6141
847-945-2888 (Fax: 847-945-9512)

### CERTIFICATE OF SERVICE

I, Larry G. Goldsmith, an attorney and certified public accountant, hereby certify that I served the foregoing Notice of Motion and the document referred to herein upon the parties listed on the attached Service List by causing copies thereof to be mailed to them at the addresses shown, by first-class mail, postage prepaid, on the _6th_ day of _November_ , 2009.

Larry G. Goldsmith, CPA, JD

N:\MSOffice\Wordfile\Goldsmith Docs\assignments bankruptcy\BANKRUPTCY\ZEUS CONCEPTS\Second Petition\Fee Petition Notice of Motion Second Application.doc

## SERVICE LIST

### Registrants Served Through The Court's Electronic Notice For Registrants

William Neary, United States Trustee
219 South Dearborn Street,
Suite 873
Chicago, Illinois 60604

### Parties Served US Mail

Zeus Concepts, LLC
1356 Shermer Road, 2nd Floor
Northbrook, Illinois 60062

Brian Press, Esq.
Associate Area Counsel
200 West Adams Street
Suite 2300
Chicago, Illinois 60606

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| **ZEUS CONCEPTS, LLC** | ) | Case No. 07 b 10880 |
| | ) | |
| Debtor. | ) | **Honorable Susan Pierson Sonderby** |
| | ) | Bankruptcy Judge |
| | ) | Hearing Date: November 25, 2009 |
| | ) | Time: 10:00 a.m. |
| | ) | Courtroom 642 |

### FINAL APPLICATION OF LARRY G. GOLDSMITH AND CJBS, LLC FOR ALLOWANCE OF FINAL COMPENSATION BY ACCOUNTANTS FOR THE DEBTOR

NOW COMES Larry G. Goldsmith and CJBS, LLC (collectively "CJBS"), and requests that this Court enter an Order allowing final compensation for services rendered, and in support thereof states as follows:

1.    On March 25, 2008, the Debtor was authorized to employ Larry G. Goldsmith and CJBS, LLC to assist the Debtor in connection with preparing and filing the necessary federal and state income tax returns, operating reports, and provide required accounting professional services.

2.    On October 29, 2008, the Court granted CJBS an initial interim compensation for the period March 31, 2008 through August 31, 2008,, in the amount of $7,807.25.

3.    Now CJBS seeks a final fee application in the amount of $17,443.12, with $50.67 for reimbursement for expenses for the period September 1, 2008 through September 30, 2009, totaling $17,493.79.

4.    In preparing this Application, CJBS has endeavored to comply with local Bankruptcy Rule 607 and the guidelines set forth in In re Continental Illinois Securities Litigation, 572 F. Supp. 931 (N.C. Ill. 1983), In re Convent Guardian Corp., 103 B.R. 937 (Bankr. N.D. Ill. 1989) and In re Adventist Living Centers, Inc., 137 B.R. 692 Bankr. N.D. Ill. 1991). In compliance therewith, CJBS has presented the services rendered by category of activities, identifying the activates within the category chronologically, naming each person who performed the activity, with the number of hours spent by such person, and a description of the work performed.

5.      In rendering the above-described services, CJBS has expended a total of 101.80 hours.  The Overall Billing Summary attached as Exhibit A hereto sets forth the hourly rates in effect for each partner and staff member during the period covered by this Application.  In Exhibit B, we have itemized the billing by partners and staff and Exhibit C by type of services performed.  Exhibit D is a narrative of overall professional services performed for the Debtor's estate.

6.      CJBS asserts that the compensation requested above is reasonable compensation for the actual and necessary services rendered based upon the time, nature, extent and value of such services.  CJBS further asserts that the cost of services rendered for and on behalf of the Estate is comparable to the cost of similar services in matters other than under the Bankruptcy Code.

WHEREFORE, CJBS prays for the entry of an order allowing CJBS fees for professional services rendered during the Application Period in the amount of $17,443.12 and expenses having been incurred herein on behalf of the Estate in the amount of $50.67.  Therefore we pray that the Court directs the Debtor, Zeus Concepts, LLC, to remit to Larry G. Goldsmith and CJBS, LLC the sum of $17,493.79 of the fees requested in this application and granting such other and further relief as is just.

CJBS, LLC

Larry G. Goldsmith, JD, CPA

Larry G. Goldsmith, JD, CPA
CJBS, LLC
2100 Sanders Road, Suite 200
Northbrook, Illinois 60062-6141
847-945-2888 (Fax: 847-945-9512)