IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| ZEUS CONCEPTS, LLC, | ) | Case No. 07 B 10880 |
| | ) | |
| Debtor. | ) | Hon. Susan Pierson Sonderby |
| | ) | |
| | ) | Hearing Date: November 25, 2009 |
| | ) | Time: 10:00 a.m. |

## CERTIFICATE OF SERVICE

I, the undersigned, an attorney, hereby state that pursuant to Section II, B, 4 of the Administrative Procedures for the Case Management/Electronic Case Filing System, I caused a copy of the foregoing **NOTICE OF DEBTOR'S MOTION TO ENTER FINAL DECREE AND CLOSE CHAPTER 11 CASE** to be served on all persons set forth on the attached Service List by mailing a copy of same in an envelope properly addressed and with postage fully prepaid and by depositing same in the U.S. Mail, Chicago, Illinois on the 3rd day of November, 2009.

/s/ Gregory K. Stern
Gregory K. Stern

Gregory K. Stern, P.C.
Gregory K. Stern (Atty. ID #6183380)
Monica C. O'Brien (Atty. ID #6216626)
James E. Hausler (Atty ID #6292973)
Christina M. Riepel (Atty. ID #6297514)
53 West Jackson Boulevard
Suite 1442
Chicago, Illinois 60604
(312) 427-1558

## SERVICE LIST

**Parties Served Via First Class Mail**

William Neary, United States Trustee
219 South Dearborn Street,
Suite 873
Chicago, Illinois 60604

Zeus Concepts, LLC
1356 Shermer Road, 2nd Floor
Northbrook, Illinois 60062

Albine Weiszmann Trust
13514 Island Road
Ft. Myers, Florida 33905

AT&T
P.O. Box 8100
Aurora, Illinois 60507-8100

Herman J. Marino, Esq.
53 West Jackson Boulevard
Suit 1442
Chicago, Illinois 60604

Faith A. Dolgin, Esq.
Asst. Atty General/Revenue Litigation Bureau
100 West Randolph Street
13th Floor
Chicago, Illinois 60601

Brian Press, Esq.
Associate Area Counsel
200 West Adams Street
Suite 2300
Chicago, Illinois 60606

IRS Counsel, SB/SE
200 West Adams Street
Suite 2300
Chicago, Illinois 60606

Internal Revenue Service
Insolvency Unit
230 South Dearborn
Chicago, Illinois 60604
Mail Stop 5010 CHI

L.B. Andersen & Co., Inc.
220 Honey Lake Court
North Barrington, Illinois 60010

Robert F. Schaudt
2282 Brentwood Avenue
Northbrook, Illinois 60062

State of Illinois
Department of Employment Security
33 South State Street
Chicago, Illinois 60603

Richard A. Marks
1S431 Westview Lane
Lombard, Illinois 60148-5054

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| ZEUS CONCEPTS, LLC, | ) | Case No. 07 B 10880 |
| | ) | |
| Debtor. | ) | Hon. Susan Pierson Sonderby |
| | ) | Hearing Date: November 25, 2009 |
| | ) | Time: 10:00 a.m. |

### NOTICE OF DEBTOR'S MOTION TO ENTER FINAL DECREE AND CLOSE CHAPTER 11 CASE

TO THE DEBTOR, ITS CREDITORS AND ALL PARTIES IN INTEREST:

**PLEASE BE ADVISED THAT** on November 6, 2009, Gregory K. Stern, Monica C. O'Brien, James E. Hausler and Christina M. Riepel of Gregory K. Stern, P.C., Attorneys for the Debtor, Zeus Concepts, LLC, will file the Debtor's Motion To Enter Final Decree and Close Chapter 11 Case, requesting, pursuant to 11 U.S.C. §350 and Bankruptcy Rule 3022, that the Bankruptcy Court enter a final decree and close the Debtor's Chapter 11 case pursuant to §350 and Bankruptcy Rule 3022. The Debtor's Motion To Enter Final Decree and Close Chapter 11 Case is on file with the Clerk of the United States Bankruptcy Court, Northern District of Illinois, and may be inspected at 219 South Dearborn Street, 7th Floor, Chicago, Illinois;

**BE ADVISED FURTHER THAT** Objections to the Debtor's Motion To Enter Final Decree and Close Chapter 11 Case must be filed on or before November 17, 2009, with the Clerk of the United States Bankruptcy Court, 219 South Dearborn Street, 7th Floor, Chicago, Illinois 60604, and served upon Debtor's Counsel, Gregory K. Stern, P.C., 53 West Jackson Boulevard, Suite 1442, Chicago, Illinois 60604; and,

**BE ADVISED FURTHER THAT** hearing on the Debtor's Motion To Enter Final Decree and Close Chapter 11 Case has been set for November 25, 2009, at 10:00 a.m., before the Honorable Susan Pierson Sonderby, United States Bankruptcy Judge, Courtroom 642, 219 South Dearborn Street, Chicago, Illinois.

Dated: November 3, 2009

Gregory K. Stern (Atty. ID #6183380)
Monica C. O'Brien (Atty. ID #6216626)
James E. Hausler (Atty. ID #6292973)
Christina M. Riepel (Atty. ID #6297514)
53 West Jackson Boulevard
Suite 1442
Chicago, Illinois 60604
(312) 427-1558