# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| ZEUS CONCEPTS, LLC | ) | Case No. 07 B 10880 |
| | ) | |
| Debtor. | ) | Honorable Susan Pierson Sonderby |
| | ) | |
| | ) | Hearing Date: November 25, 2009 |
| | ) | Time: 10:00 a.m. |
| | ) | Courtroom 642 |

## ORDER ALLOWING ACCOUNTANTS' FINAL COMPENSATION AND REIMBURSEMENT OF COSTS AND EXPENSES

**THIS CAUSE COMING ON TO BE HEARD** on Larry G. Goldsmith's and CJBS, LLC's, Final Application for Allowance of Final Compensation By Accountants for the Debtor, due and proper notice having been served and the Court being fully advised in the premises:

**IT IS HEREBY ORDERED THAT:**

1. Larry G. Goldsmith and CJBS, LLC, pursuant to 11 U.S.C. §331, are allowed final compensation in the amount of $25,250.37 for 140.60 hours for services rendered from March 31, 2008 through September 30, 2009, to the Debtor as Chapter 11 Debtor in Possession, and reimbursement of costs and expenses in the amount of $50.67

2. The Debtor is authorized and directed to pay the Accountants the unpaid balance of the allowed final compensation and reimbursement of costs and expenses of $17,493.79 to Larry G. Goldsmith and CJBS, LLC, as a priority cost of administration.

_____
Hon. Susan Pierson Sonderby

Dated: November 25, 2009

NOV 2 5 2009

Larry G. Goldsmith, JD, CPA
CJBS, LLC
2100 Sanders Road
Suite 2100
Northbrook, Illinois 60062-6141
(847) 945-2888