IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| ZEUS CONCEPTS, LLC, | ) | Case No. 07 B 10880 |
| | ) | |
| Debtor. | ) | Hon. Susan Pierson Sonderby |

**FINAL DECREE CLOSING CHAPTER 11 CASE**

**THIS CAUSE COMING ON TO BE HEARD** on the Debtor's Motion to Enter Final Decree Closing Chapter 11 Case, pursuant to 11 U.S.C. §350 and Bankruptcy Rule 3022, due and proper notice having been served, the Court having jurisdiction over the parties and subject matter and being fully advised in the premises:

**IT IS HEREBY ORDERED THAT:**

1. A Final Decree closing the Debtor's Chapter 11 case is hereby entered.

_____
Susan Pierson Sonderby, Bankruptcy Judge

Dated: December 2, 2009

Gregory K. Stern (Atty. ID #6183380)
Monica C. O'Brien (Atty. ID #6216626)
James E. Hausler (Atty. ID #6292973)
Christina M. Riepel (Atty. ID #6297514)
53 West Jackson Boulevard
Suite 1442
Chicago, Illinois 60604
(312) 427-1558